PROB 12C
(7/93)

Report Date: January 22, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 22 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerbasio C. Brito                Case Number: 2:08CR02142-001

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 10/6/2009

Original Offense:         Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. §
                          922(g)(1)

Original Sentence:        Prison - 38 Months;             Type of Supervision: Supervised Release
                          TSR - 36 Months

Asst. U.S. Attorney:      Thomas J. Hanlon                Date Supervision Commenced: 11/23/2012

Defense Attorney:         Federal Defender's Office       Date Supervision Expires: 11/22/2014

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

    1              **Standard Condition # 6**: The defendant shall notify the probation officer at least 10 days
                   prior to any change in residence or employment.

                   **Supporting Evidence**: On January 21, 2013, Jerbasio Brito left the Spokane Residential
                   Reentry Center, and did not return. Mr. Brito failed to report a change in residence to the
                   probation office.

    2              **Special Condition # 19**: You shall reside in a residential reentry center (RRC) for a period
                   up to 180 days. Your participation in the programs offered by the RRC is limited to
                   employment, education, treatment, and religious services at the direction of your supervising
                   officer. You shall abide by the rules and requirements of the facility.

                   **Supporting Evidence**: On January 21, 2013, at 9:47 p.m. Jerbasio Brito departed the
                   Spokane Residential Reentry Center, and his current whereabouts are unknown. On
                   January 21, 2013, Mr. Brito was advised that his urine specimen submitted on this date
                   tested positive for cocaine. Once informed of this information, Mr. Brito retrieved his
                   belongings and ran from the facility.

Prob12C
Re: Brito, Jerbasio C.
January 22, 2013
Page 2

      3      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

            **Supporting Evidence**: On January 21, 2013, Mr. Brito submitted a urine specimen which revealed initial positive findings for cocaine. The specimen has been forwarded to the laboratory for confirmation.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/22/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Jan 22 2013
Date